# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAWN R. SUMTER,

    Plaintiff,

v.

    Case No. 6:20-cv-2347-JA-DCI

THE CITY OF ORLANDO and
RODERICK WILLIAMS,

    Defendants.

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. 24) purporting to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1). But Plaintiff's Notice is not effective to dismiss the case.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1). Neither (i) nor (ii) is satisfied here because Defendant Roderick Williams has

served an Answer (Doc. 15) and the Notice of Voluntary Dismissal is not signed by all parties.

Accordingly, this case remains pending.

**DONE** and **ORDERED** in Orlando, Florida, on April 9th, 2021.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record